# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA, OAKLAND DIVISION__

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **COMMITMENT TO ANOTHER DISTRICT** |
| TYLER STUMBO | |

FILED SEP 2 1 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-07-70561-WDB | 5:07-mj-00034 TAG | 4-07-70561-WDB | 5:07-mj-00034 TAG |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Other (specify)

charging a violation of Title 21 U.S.C. § 841(a)(1), 841(b)(1)(D), and 846

**DISTRICT OF OFFENSE**
United States District Court, Eastern District of California, Fresno

**DESCRIPTION OF CHARGES:**

Conspiracy to Distribute and to Possess with the intent to Distribute Anabolic Steroids III Controlled Substance.

**CURRENT BOND STATUS:**

☒ Bail Fixed at $100,000  Unsecured Personal Recognizance (PR)
Bond shall be transferred to the District of Offense.

☒ Other (specify)  On Sept. 21, 2007, the deft. admitted his identity. The deft. waived his Identity/Removal Hearing in the District of Arrest.

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language:

NORTHERN **DISTRICT OF** CALIFORNIA, OAKLAND DIVISION

It is hereby ordered that the defendant must report to the U.S. District Court, Eastern District of California, Fresno before the designated General Duty Magistrate Judge on **Thursday, September 27, 2007** unless otherwise ordered by that Court, at the time to be set by the General Duty Magistrate Judge, and when summoned by that District, and to abide by further orders of that Court. The defendant's attorney, AFPD Jerome Matthews, must find out the name of the General Duty Magistrate Judge before whom the defendant needs to appear and the time of his/her calendar and to inform the defendant accordingly.

9-21-07
Date

_/s/ Wayne D. Brazil_
United States Judge or Magistrate Judge  WAYNE D. BRAZIL

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

Document No.
District Court
Criminal Case Processing

cc: WDB's Stats, Copies to parties by ECF, Pretrial, certified copy to US Marshal
Financial